N.C. STATE BAR v. HARRIS

No. 464PA00

Case below: 137 N.C.App. 207

Motion by plaintiff for temporary stay allowed 5 October 2000.

PURSER v. HEATHERLIN PROPS.

No. 341P00

Case below: 137 N.C.App. 332

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

REECE v. FORGA

No. 392P00

Case below: 138 N.C.App. 703

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

ROBBLEE v. BUDD SERVS., INC.

No. 186P00

Case below: 136 N.C.App. 793

Petition by plaintiff (Juliette Perry Shipley) for discretionary review pursuant to G.S. 7A-31 denied 31 August 2000.

STATE v. ALLEN

No. 70A86-7

Case below: Halifax County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Halifax County, denied 5 October 2000. Motion by defendant to defer consideration of petition for writ of certiorari denied 5 October 2000.